AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)  EG

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Matthew N. KRONK<br><br>*Defendant(s)* | Case No. 2:22-mj-279 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 21, 2022

City and state: Columbus Ohio

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Matthew N. KRONK**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Matthew Neal KRONK hereafter referred to as KRONK for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that KRONK committed this offence.

4. On or about March 23, 2022, at approximately 9:15 a.m. investigators observed KRONK leave his residence of 1605 Koebel Road, Columbus Ohio 43207. Investigators from the ATF then executed a search warrant at the residence. During a search of the residence investigators found two loaded handguns in a bedroom. These handguns were in plain view and are described as a Glock Model 19C 9mm caliber pistol bearing serial ACKE471 and a Smith and Wesson Model M&P bodyguard .380 caliber pistol bearing serial KBZ8816.

5. Investigators found bulk marijuana with an estimated street value of $100,000.00, approximately $76,573.65 in US Currency, and other suspected narcotics.

6. During the search investigators did not find any evidence that anyone else lived at 1605 Koebel Road, Columbus Ohio besides KRONK.

7. At the time of the search warrant records from the Franklin County Auditors Office showed that 1605 Koebel Road, Columbus Ohio was owned by KRONK.

8. KRONK's Ohio driver's license lists 1605 Koebel Road, Columbus Ohio as his residence.

9. KRONK was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas Case 02CR5374 for Aggravated Trafficking, Trafficking in Cocaine, and Receiving Stolen Property.

**PROBABLE CAUSE AFFIDAVIT**
**Matthew N. KRONK**

    b. Franklin County Ohio Court of Common Pleas Case 11CR011558 for Burglary.

10. Records from the Franklin County, Ohio Court of Common Pleas 11CR011558 show that on or about July 14, 2011, KRONK signed a guilty plea. This plea indicated that KRONK understood the maximum penalty for the crime he was pleading guilty to was five (5) years of incarceration.

11. Your Affiant confirmed via ATF resources that the firearms seized from KRONK's residence on or about March 23, 2022, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that KRONK knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, a Glock Model 19C 9mm caliber pistol bearing serial ACKE471 and a Smith and Wesson Model M&P bodyguard .380 caliber pistol bearing serial KBZ8816 and the firearms were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

*[signature]*
ATF TFO Samuel Chappell

April 21, 2022

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

*[signature]*
Kimberly A. Jolson
United States Magistrate Judge