IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA :
    Plaintiff                   Case No.: 2:22-mj-279
                                 :

Vs.                              :           Judge:

MATTHEW KRONK
    Defendant

## DEFENDANT MATTHEW KRONK'S MOTION TO DISMISS THE CRIMINAL COMPLAINT

Now comes the Defendant, by and through undersigned counsel, and requests, pursuant to 18 USCA 3161 and 18 USCA 3162, that this Honorable dismiss the complaint filed herein with prejudice.

On May 3, 2022, Mr. Kronk was arrested on the arrest warrant associated with the criminal complaint in Baltimore Maryland. (See Exhibit A) On May 4, 2022, Mr. Kronk waived rights to hearings in the United States District Court for Maryland and consented to an Order transferring him to the Southern District of Ohio (See Exhibit B)

Mr. Kronk was transferred to Grady, Oklahoma Jail Facility where he has remained in custody awaiting transfer to Columbus, Ohio.

Mr. Kronk asserts that more than thirty (30) days have elapsed since his arrest on this complaint and that an indictment has not been filed within the time period prescribed by 18 USCA 3161(b).

Wherefore, Mr. Kronk request that this Honorable Court dismiss, pursuant to 18 USCA 3162, the complaint filed herein with prejudice.

Respectfully submitted,

/s/ Michael H. Siewert
Michael H. Siewert (0012995)
Attorney for Defendant
307 East Livingston Ave.
Columbus, Ohio  43215
614 224 6488

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing filed via the Court's CM/ECF filing system which will automatically notify all counsel of record this June 17, 2022.

/s/ Michael H. Siewert
Michael H. Siewert (0012995)
Attorney for Defendant