CONTROLLED/CHRI

U.S. Department of Justice
United States Marshals Service

# USM 129 Individual Custody/Detention Report

Printed on: 05/03/2022

PHOTO DATE: 05/03/2022

**Name**
**KRONK, MATTHEW**

| USMS # | FID # | UCN | SSN | Alien # |
|---|---|---|---|---|
| 99026-509 | 1602882 | 214062RB5 | 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 | |

**Current Physical Custody Status**
In - Arrested - D/MD - BALTIMORE - CHESAPEAKE DETENTION FACILITY

| Height | Weight | Race | Hair | Eye Color |
|---|---|---|---|---|
| 5'07" | 210 | W | XXX | BLU |

| DOB | Age | Sex |
|---|---|---|
| 09/03/1982 | 39 | M |

## HIGH-LEVEL CAUTION DATA

| Security | Medical Conditions | Handicaps | External Medical Devices |
|---|---|---|---|
| Weapons (Other than Firearms) | | | |

## OTHER IDENTITY DATA

| Name | Source | Source District | Date Created |
|---|---|---|---|
| KRONK, MATTHEW NEAL | NGI | BALTIMORE | 05/03/2022 |

## SUPPLEMENTAL PERSONAL DATA

**DOB**
09/03/1982
09/03/1982

**SSN**
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
269863923

**Alias**
**None on record**

**Addresses**
3330 BIG RUN SOUTH GROVE CITY, OH

**Phone Numbers**
**None on record**

**Places of Birth**
US

**Miscellaneous Numbers**

No Miscellaneous Numbers On Record

**DNA**

| Test Date | Deputy | Kit Number | Note |
|---|---|---|---|
| 5/3/22 | KENNETH DUNCKEL | E0687893 | DNA conducted by DUSM Sielken. |

## ACTIVE CUSTODY DATA

| Current Owning District | Current District Office | Custody Start Date |
|---|---|---|
| D/MD | BALTIMORE | 05/03/2022 |

## PHYSICAL CUSTODY STATUS HISTORY

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| In | Arrested | | 05/03/2022 | |

## ACTIVE DETAINERS

No Active Detainers On Record

## COURT CASE

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority.
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**U.S. Department of Justice**
United States Marshals Service

**USM 129 Individual Custody/Detention Report**
Printed on: 05/03/2022

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 2:2022-MJ-00279 | Arrest - CriminalComplaint | Waiting Initial Appearance | Arrested | S/OH | COLUMBUS |

**Start Date** 05/03/2022
**End Date**
**Judge**
**US Attorney**
**Defense Attorney**

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 05/03/2022 | USMS | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5203 | Carrying Prohibited Weapon | | Felon in possession of a firearm |

**Sentence Information**

No Sentence Information On Record

## COURT CASE

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| Missing Case Number | Arrest - CriminalComplaint | Waiting Initial Appearance | Arrested | D/MD | BALTIMORE |

**Start Date**
**End Date**
**Judge**
**US Attorney**
**Defense Attorney**

**Arrest Information**

| Date | Agency | Location |
|---|---|---|
| 05/03/2022 | USMS | |

**Offense Information**

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 5203 | Carrying Prohibited Weapon | | Felon in possession of a firearm |

**Sentence Information**

No Sentence Information On Record

## FACILITY DATA

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| BALTIMORE | CHESAPEAKE DETENTION FACILITY | 05/03/2022 | | 1 |

**Total Days In Facilities**
1

## MEDICAL DATA

**Medical Conditions**

No Medical Conditions On Record

**TB Assessments**

No TB Test On Record

**Immunizations**

No Immunizations On Record

**Medical Costs**

No Medical Costs On Record

**Infectious Disease Assessments**

No Infectious Disease Assessments On Record

## DETAILED CAUTIONS

**Separatees**

No Separatees On Record

**Co-Defendants**

No Co-Defendants On Record

## RESTRICTIVE HOUSING

No Restrictive Housing entries On Record

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority.
**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE**

EG

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
Matthew N. KRONK

*Defendant*

Case No. 2:22-mj-279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Matthew N. KRONK, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2)

Date: April 21, 2022

Kimberly A. Jolson
United States Magistrate Judge

City and state: COLUMBUS, OHIO

### Return

This warrant was received on *(date)* 5/03/2022, and the person was arrested on *(date)* 5/05/2022 at *(city and state)* Baltimore, MD.

Date: 5/03/2022

*Arresting officer's signature*

Kenneth Dunckel DUSM
*Printed name and title*